# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 11-3250

———————

| | | |
|---|---|---|
| Oksana Yuryevna Revenkova, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Appeal from the |
| | * | Board of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

———————

Submitted: April 30, 2012
Filed: May 4, 2012

———————

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

———————

PER CURIAM.

Oksana Yuryevna Revenkova, a citizen of Russia, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of asylum and cancellation of removal. Upon careful de novo review, see Olmsted v. Holder, 588 F.3d 556, 558 (8th Cir. 2009) (standard of review), we conclude that the BIA correctly determined that Revenkova was statutorily ineligible for asylum, see 8 U.S.C. § 1158(b)(2)(A)(ii), (b)(2)(B)(i), and cancellation of removal, see 8 U.S.C. § 1229b(a)(3), based on her prior conviction for attempted burglary, see 8 U.S.C. § 1101(a)(43)(G) and (U). Accordingly, we deny the petition. See 8th Cir. R. 47B.

———————————————